JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:22-cv-02102-JGB-(KKx) | Date | September 26, 2023 |
|---|---|---|---|
| Title | *Zihua Li v. Alejandro N. Mayorkas, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order DISMISSING Plaintiff's Complaint for Failure to Prosecute (IN CHAMBERS)**

Plaintiff Zihua Li ("Plaintiff") filed this action against Defendants on November 28, 2022. (Dkt. No. 1.) On August 9, 2023, the Court ordered Plaintiff to show cause in writing on or before August 16, 2023, why this action should not be dismissed for lack of prosecution. ("OSC," Dkt. No. 8.) As of the date of this order, Plaintiff has not responded.

Rule 41(b) of the Federal Rules of Civil Procedure grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders. See Fed. R. Civ. P. 41(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016). A plaintiff must prosecute his case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976). Here, plaintiff has failed to prosecute this case with reasonable diligence.

Accordingly, the Court **DISMISSES** plaintiff's action pursuant to Rule 41(b). The Clerk of the Court is **DIRECTED** to close the case.

**IT IS SO ORDERED.**